IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSHUA WILLIAMS, ) | |
| No. M13271, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 13-cv-00509-JPG |
| ) | |
| JUDGE OBISS, ) | |
| ILLINOIS PROSECUTING ) | |
|     ATTORNEY'S OFFICE, ) | |
| RONALD S. KALES, ) | |
| COOK COUNTY POLICE DEPT., ) | |
| COOK COUNTY, ) | |
| COOK COUNTY COURT, ) | |
| CHICAGO, ILLINOIS, ) | |
| VIENNA, ILLINOIS, ) | |
| JOHNSON COUNTY, ) | |
| VIENNA CORRECTIONAL CENTER, ) | |
| COOK COUNTY JAIL,  and ) | |
| STATE OF ILLINOIS, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

Plaintiff Joshua Williams is currently incarcerated at Vienna Correctional Center ("Vienna"). On June 3, 2013, Plaintiff initiated this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 and the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346, 2671-2680 (Doc. 1). By Order dated June 28, 2013 the complaint was dismissed without prejudice and with leave to file an amended complaint by July 29, 2013 (Doc. 8). Plaintiff Williams has not filed an amended complaint, signaling that he no longer wants to prosecute this action.

Plaintiff was forewarned that failure to file an amended complaint would result in the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b). Dismissal under Rule

41(b) is usually with prejudice. However, as the Court's initial Order indicated, it does not appear that Plaintiff has exhausted administrative remedies as required prior to filing suit, certain claims may have be barred under *Heck v. Humphrey*, 512 U.S. 477 (1994), and all of the claims Plaintiff appears to want to pursue cannot be brought in the same action. Therefore, dismissal shall be without prejudice, so as to not prejudice Plaintiff from pursuing claims in another action.

**IT IS HEREBY ORDERED** that, for the reasons stated, this action is **DISMISSED without prejudice** for failure to state a claim upon which relief can be granted, and for failure to prosecute this action.

The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED.**

**DATED: August 23, 2013**

<u>s/ J. PHIL GILBERT</u>
**United States District Judge**